UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALEKE NASIR, | No. 2:19-cv-01296-JAM-CKD |
| Plaintiff, | |
| v. | ORDER |
| K. LEE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 13, 2020, the court granted plaintiff's motion for an extension of time to file an amended complaint up to and including May 15, 2020. ECF No. 15. Instead of filing an amended complaint, however, plaintiff filed a motion to amend (ECF No. 17) and a motion for discovery (ECF No. 18).

The court has already granted plaintiff leave to file an amended complaint. ECF No. 11 (screening order dismissing complaint with leave to file an amended complaint). Therefore, plaintiff's motion to amend his complaint will be denied as unnecessary.

Plaintiff's motion for discovery will be denied as premature as no defendants have been ordered served in this case. A discovery and scheduling order will only issue once an amended complaint is found to contain at least one cognizable claim for relief and the defendant(s) has been properly served with the complaint.

In light of the court's denial of plaintiff's pending motions, the court will sua sponte grant plaintiff an extension of time to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the complaint (ECF No. 17) is denied as unnecessary.
2. Plaintiff's motion for discovery (ECF No. 18 ) is denied as premature.
3. Plaintiff is sua sponte granted an extension of time to file a first amended complaint.
2. Plaintiff is granted thirty days from the date of this order in which to file a first amended complaint in this case. Failure to file an amended complaint within 30 days will result in dismissal.

Dated:  May 11, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/nasi1296.36plus.docx

2